## LAMONT TUCKER *v.* COMMISSIONER OF CORRECTION

The petitioner Lamont Tucker's petition for certification for appeal from the Appellate Court, 69 Conn. App. 905 (AC 21725), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 26, 2002

## STATE OF CONNECTICUT *v.* KHARI MILLER

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 597 (AC 21967), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided June 26, 2002

## STATE OF CONNECTICUT *v.* MACKINTOSH DUTEAU

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 248 (AC 20047), is denied.

*Reine C. Boyer*, special public defender, in support of the petition.

*Peter A. McShane*, senior assistant state's attorney, in opposition.

Decided May 22, 2002